Piowaty-Claussen Company, Inc., appellant, v. Joachim Cirese and Anton Graziono, copartners, trading as Cirese Brothers & Company, appellees. Gen. No. 29,463.

Action to recover price of goods sold. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed April 13, 1925.

Stewart Reed Brown, for appellant.    Helen M. Cirese, for appellees.

Mr. Justice Matchett delivered the opinion of the court.